# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

RICHARD L. WEBB

DEBTOR(S),

Case No. 16-91260

Chapter 13

Judge Thomas L. Perkins

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series 1 Trust (hereinafter "Creditor"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Creditor relief from the automatic stay and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and venue is fixed in this Court pursuant to 28 U.S.C. §1409;

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 12/29/16;

3. Upon information and belief, the Debtor, Richard L. Webb, passed away on 04/12/2019;

4. The Debtor was indebted to Movant for which the Creditor claims a valid security interest by way of a Reverse Mortgage in the property commonly known as 215 West Main Street, Camargo, IL 61919 ("Subject Property");

5. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code;

6. Creditor is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

    a) Upon the death of Richard L. Webb, the loan was accelerated by Creditor pursuant to the terms of the Note and Reverse Mortgage;

7. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

8. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding:

    $850.00    Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

    $181.00    for Court filing fee

**WHEREFORE,** Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series 1 Trust its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this May 9, 2019.

Respectfully Submitted,
CODILIS & ASSOCIATES, P.C.

By: /s/ Rachael A. Stokas
    Berton J. Maley ARDC#6209399
    Rachael A. Stokas ARDC#6276349
    Peter C. Bastianen ARDC#6244346
    Joel P. Fonferko ARDC#6276490
    Brenda Ann Likavec ARDC#6330036
    MaryAnn G. Black #59899MO
    **CODILIS & ASSOCIATES, P.C.**
    15W030 North Frontage Road, Suite 100
    Burr Ridge, IL 60527
    (630) 794-5300   **C&A File No. 14-16-07026**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**IN RE:**

RICHARD L. WEBB

DEBTOR(S),

Case No. 16-91260

Chapter 13

Judge Thomas L. Perkins

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 9, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 9, 2019.

Marsha L Combs-Skinner, Chapter 13 Trustee, 108 S. Broadway PO Box 349, Newman, IL 61942 by electronic notice through ECF
Richard L. Webb, Debtor(s), PO Box 19, Camargo, IL 61919

Brian D Pondenis, Attorney for Debtor(s), 201 W. Olive St., Bloomington, IL 61701 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ Rachael A. Stokas
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-16-07026)**

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>RICHARD L. WEBB<br><br><br>DEBTOR(S), | Chapter 13<br><br>Case No. 16-91260 |

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES 1 TRUST on May 9, 2019:

1. Note / Mortgage or relevant excerpts.

/s/ Rachael A. Stokas
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 9, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 9, 2019.

Marsha L Combs-Skinner, Chapter 13 Trustee, 108 S. Broadway PO Box 349, Newman, IL 61942 by electronic notice through ECF
Richard L. Webb, Debtor(s), PO Box 19, Camargo, IL 61919
Brian D Pondenis, Attorney for Debtor(s), 201 W. Olive St., Bloomington, IL 61701 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ Rachael A. Stokas