**IT IS SO ORDERED.**

**SIGNED THIS: May 29, 2019**

_____
**William V. Altenberger
United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br><br>    RICHARD L. WEBB<br><br><br><br>                          DEBTOR(S), | Case No. 16-91260<br><br>Chapter 13<br><br>Judge Thomas L. Perkins |

**ORDER MODIFYING THE AUTOMATIC STAY**

     **THIS CAUSE** coming on to be heard on the motion of BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES 1 TRUST (hereinafter "Creditor") for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the reverse mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

**WHEREFORE, IT IS HEREBY ORDERED:**

(1) Pursuant to 11 U.S.C., §362(d), that BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES 1 TRUST its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. §362(a) by modifying said stay to permit them to pursue their state court remedies as to the property commonly known as 215 West Main Street, Camargo, Illinois.

(2) Movant's fees and costs as described in the motion are allowed and may be added to the indebtedness secured by the subject mortgage.

(3) Rule 4001(a)(3) is waived and BANK OF NEW YORK MELLON TRUST COMPANY, N.A. AS TRUSTEE FOR MORTGAGE ASSETS MANAGEMENT SERIES 1 TRUST may immediately enforce and implement this order granting relief from the automatic stay.

**NOTICE TO THE STANDING TRUSTEE:** No further payments are to be disbursed to Bank of New York Mellon Trust Company, N.A. as Trustee for Mortgage Assets Management Series 1 Trust on its secured claim.

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File No. (14-16-07026)**

###